IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01031-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CHARLES BESENFELDER,

    Defendant.

---

## ORDER OF DISMISSAL

---

    In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Charles Besenfelder filed on August 9, 2013 (ECF No. 18), it is

    ORDERED that Defendant Charles Besenfelder is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

    Dated:  August 14, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge